1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3
   SUMMER A. JOHNSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6556
6  Summer.Johnson@usdoj.gov
   *Attorneys for Federal Defendants*
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10 | FRIENDS OF NEVADA            | Case No. 2:25-cv-00929-CDS-MDC
   | WILDERNESS, *et al.*,        |
11 |              Plaintiffs      | **Order Granting** Motion to
   |                              | Admit Government Attorney
12 | v.                           |
   |                              | [ECF No. 16]
13 | U.S. BUREAU OF LAND          |
   | MANAGEMENT, *et al.*,        |
14 |                              |
15 |         Federal Defendants   |

16

17         The UNITED STATES ATTORNEY for the District of Nevada hereby moves,

18 pursuant to LR IA 11-3, for the admission of Alison C. Finnegan to the Bar of this Court for

19 the purpose of representing the United States of America, its political subdivisions, officers,

20 and employees, during the period of their employment by the United States as an attorney.

21 It is anticipated that Ms. Finnegan will enter an appearance in this action on behalf of the

22 United States.

23         Ms. Finnegan has been a licensed attorney since January 2002 and is admitted to

24 practice and is a member in good standing of the Bar of the Commonwealth of Pennsylvania

25 (Pa. Id. #88519, admitted January 2002); the State of New Jersey (NJ Attorney Id.

26 #012642001, admitted in January 2002); and the State of Maryland (Md. Id. #2507161017,

27 admitted July 2025).  Ms. Finnegan has been employed as a Trial Attorney with the

28 Environment and Natural Resources Division since September 2014 in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

Should the Court grant this motion, pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon Ms. Finnegan as follows:

>  Alison C. Finnegan
>  U.S. Department of Justice
>  Environment & Natural Resources Division
>  Wildlife & Marine Resources Section
>  P.O. Box 7611
>  Washington, DC 20044-7611

<u>Overnight address:</u>

>  Alison C. Finnegan
>  U.S. Department of Justice
>  Environment & Natural Resources Division
>  Wildlife & Marine Resources Section
>  4 Constitution Square, 150 M Street NE
>  Washington, DC 20002

Ms. Finnegan's email address is alison.c.finnegan@usdoj.gov and her telephone number is 202-532-3312.

It is respectfully requested that an Order be issued permitting Alison C. Finnegan to practice before this Court during the period of her employment by the United States as an attorney.

Respectfully submitted this 31st day of July 2025.

SIGAL CHATTAH
Acting United States Attorney

 /s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 1, 2025