Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Mark Widerschein
Alexa Penalosa
Natural Resources Section
Alison Finnegan
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Mark.Widerschein@usdoj.gov
Alexa.Penalosa@usdoj.gov
Alison.C.Finnegan@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDS OF NEVADA WILDERNESS, *et al.*, | Case No. 2:25-cv-00929-CDS-MDC |
| Plaintiffs, | **Amended Joint Motion to Enter Scheduling Order** |
| v. | |
| U.S. BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| SIERRA PACIFIC POWER COMPANY AND NEVADA POWER COMPANY, EACH D/B/A NV ENERGY, | |
| Intervenor-Defendants. | |

Pursuant to Local Rule 16-1 and Docket Entry ECF No. 24, Friends of Nevada Wilderness, Basin and Range Watch (together, "Plaintiffs"), United States Bureau of Land Management, United States Fish and Wildlife Service, National Park Service (together, "Federal Defendants"), Sierra Pacific Power Company, and Nevada Power Company, each D/B/A NV Energy (together, "Intervenor-Defendants") (collectively, the "Parties") hereby respectfully submit this Joint Motion for Entry of Scheduling Order.

1. LR 16-1(c) provides that "actions for review on an administrative record" "are governed by the entry of an order establishing a briefing schedule and other appropriate matters[.]" The Parties have conferred and agree that no discovery plan is required because this is an action for review on an administrative record under the Administrative Procedure Act. *See* LR 16-1(c)(1); *see also* Fed. R. Civ. P. 26(1)(B)(i) (actions for review on an administrative record exempted from initial disclosure).

2. The Parties have conferred and agree that as an Administrative Procedure Act case, this matter should be resolved on cross-motions for summary judgment.

3. The Parties propose that the following deadlines be entered:

    a. Administrative Record

        i. March 16, 2026: Federal Defendants to provide Administrative Record(s) to Plaintiffs and Intervenor-Defendants via Box.com and to the Clerk of Court (with a copy for Chambers) via mailed thumb drive.

        ii. May 4, 2026: Plaintiffs and/or Intervenor-Defendants to identify, in writing, any issues regarding the Administrative Record(s) which require completion, supplementation, or other modification.

        iii. June 1, 2026: Federal Defendants to respond, in writing, to any issues identified pursuant to ¶ 3(a)(ii).

        iv. June 22, 2026: Plaintiffs and/or Intervenor-Defendants to file a motion to complete or supplement the administrative record, or strike portions thereof, if the Parties are unable to resolve such issues during the conferral period.

        v. July 13, 2026: Federal Defendants to file a response to any record motion.

        vi. July 27, 2026: Plaintiffs and/or Intervenor-Defendants to file a reply.

        vii. If a motion is filed pursuant to ¶ 3(a)(iv), the dates in ¶¶ 3(b)(i)-(iv) shall be automatically vacated. The parties will file a joint status report proposing new dates for briefing on cross-motions for summary judgment

within 14 days of the entry of an order resolving such motion(s).

    b.  Summary Judgment

        i.  July 28, 2026: If no record motions are filed pursuant to ¶ 3(a)(ii), Plaintiffs to file a motion for summary judgment.

        ii.  September 22, 2026: Defendants and Intervenor-Defendants to file cross-motions for summary judgment and responses to Plaintiffs.

        iii.  November 2, 2026: Plaintiffs to file response and reply.

        iv.  December 14, 2026: Defendants and Intervenor-Defendants to file replies.

For the foregoing reasons, the Parties respectfully request that the Court enter the schedule described above for further proceedings.

<u>**ORDER**</u>

**IT IS SO ORDERED:**


_____
**Hon. Maximiliano D. Couvillier, III**
**UNITED STATES MAGISTRATE JUDGE**


**DATED:** January 6, 2026 _____


Respectfully submitted this 19th day of December 2025,

        Adam R.F. Gustafson
        Principal Deputy Assistant Attorney General

        <u>***/s/ Mark J. Widerschein***</u>
        Mark Widerschein
        Alexa Penalosa
        Natural Resources Section
        Alison Finnegan
        Wildlife & Marine Resources Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Mark.Widerschein@usdoj.gov

Alexa.Penalosa@usdoj.gov
Alison.C.Finnegan@usdoj.gov

*Counsel for Defendants*

**/s/ Elizabeth L. Lewis (by MJW w/ permission)**
Elizabeth L. Lewis (admitted pro hac vice)
DC Bar No. 229702
Eubanks & Associates PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: (202) 618-1007
Email: lizzie@eubankslegal.com

*Counsel for Plaintiffs*

**/s/ Deborah Bone (by MJW w/ permission)**
Deborah Bone
Nevada Bar # 15688
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave
Suite 400
Las Vegas, NV 89113
Tel: (702) 424-2677
Deborah.Bone@wbd-us.com

Barry Hyman (*admitted pro hac*)
Ann MacDonald (*admitted pro hac*)
Kaitlin Klamann (*admitted pro hac*)
ARENTFOX SCHIFF, LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel: (312) 258-5721
Tel: (312) 258-5548
Tel: (312) 258-5525
Barry.Hyman@afslaw.com
Ann.MacDonald@afslaw.com
Kaitlin.Klamann@afslaw.com

*Attorneys for Sierra Pacific Power Company and Nevada Power Company each d/b/a NV Energy*