Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

Mark Widerschein
Alexa Penalosa
Natural Resources Section
Alison C. Finnegan
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Mark.Widerschein@usdoj.gov
Alexa.Penalosa@usdoj.gov
Alison.C.Finnegan@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRIENDS OF NEVADA WILDERNESS, *et al.*,

Plaintiffs,

v.

U.S. BUREAU OF LAND MANAGEMENT, *et al.*,

Federal Defendants.

Case No. 2:25-cv-00929-CDS-MDC

**NOTICE OF LODGING ADMINISTRATIVE RECORDS**

Defendants, the U.S. Bureau of Land Management ("BLM"), U.S. Fish and Wildlife Service ("FWS"), and the National Park Service ("NPS"), by and through their undersigned counsel, hereby provide notice of lodging the administrative records in this matter, in accordance with the parties' Amended Joint Motion to Enter Scheduling Order and the Court's corresponding Order. Dkt. 41, 42. Attached as **Exhibit 1** is the certification of Brian Croft, Acting Field Supervisor for the Southern Nevada Fish and Wildlife Office, certifying FWS's administrative record, together with the index for FWS's administrative record. Attached as **Exhibit 2** is the certification of Brian Buttazoni, Project Manager for the Nevada State Office of the BLM, certifying BLM's administrative record, together with the index for BLM's administrative record. Attached as **Exhibit 3** is the certification of Amanda Rowland, Superintendent of the Tule Springs

National Monument, certifying NPS's administrative record, together with the index for NPS's administrative record. Defendants each have sent 2 USB drives containing their respective administrative records to the Clerk of Court by overnight mail, with a copy of each intended and designated for the Chambers of the Honorable Cristina D. Silva. Copies of the documents comprising Defendants' respective administrative records are being sent to counsel for Plaintiffs and counsel for Intervenor-Defendants via an electronic file transfer with their consent, following this filing.

Dated: March 16, 2026

Respectfully submitted,
Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

/s/ Alison C. Finnegan
Mark Widerschein
Alexa Penalosa
Natural Resources Section
Alison C. Finnegan
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Mark.Widerschein@usdoj.gov
Alexa.Penalosa@usdoj.gov
Alison.C.Finnegan@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made through the Court's electronic filing and notice system (CM/ECF).

Dated: March 16, 2026 /s/ Alison C. Finnegan