Elizabeth L. Lewis (DC Bar No. 229702)
lizzie@eubankslegal.com
Riley C. Varner (CO Bar No. 60640)
riley@eubankslegal.com
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060

*Counsel for Plaintiffs Friends of Nevada Wilderness and Basin and Range Watch*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIENDS OF NEVADA WILDERNESS, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br>Defendants,<br>SIERRA PACIFIC POWER COMPANY AND NEVADA POWER COMPANY, EACH D/B/A NV ENERGY,<br>Intervenor-Defendants. | Case No. 2:25-cv-00929-CDS-MDC<br><br>**JOINT MOTION FOR LEAVE TO FILE OVER-LENGTH SUMMARY JUDGMENT BRIEFS** |

Pursuant to L.R. 7-3, the Parties respectfully request to file summary judgment briefs in excess of the thirty (30) page limit provided in L.R. 7-3(a). This motion applies to Plaintiffs' Motion for Summary Judgment as well as Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment. The Parties respectfully request to file briefs of no more than forty (40) pages, increasing the default limit by ten (10) pages.

As set forth below and in the accompanying declarations, given the extensive factual and legal framework and the important issues in this case, the Parties view this page limit expansion as necessary and appropriate to fully brief the issues before the Court and advocate

for client interests. Plaintiffs have begun drafting their Motion for Summary Judgment and base their statements herein and in the accompanying declaration on their need as assessed during the drafting process, despite Plaintiffs' best efforts to eliminate unnecessary material.[1]

Plaintiffs' counsel conferred with Federal Defendants' and Intervenor-Defendants' respective counsel. In support of this joint motion, the Parties state the following:

1. This case involves a complex factual and legal background, involving an administrative record of more than 130,000 pages, actions involving three different federal agencies, and multiple claims arising under four distinct statutory and regulatory schemes.

2. Plaintiffs' claims arise under the National Park Service Organic Act, 54 U.S.C. §§ 100101-104909, the National Environmental Policy Act, 42 U.S.C. §§ 4321-4347, the Endangered Species Act, 16 U.S.C. §§ 1531-1544, and the Administrative Procedure Act, 5 U.S.C. §§ 701–706.

3. Briefing multiple claims or subclaims under each of these statutes (and, where relevant, their implementing regulations) involves nuanced explanation of the original legislation, the resulting caselaw, relevant regulations, and/or pertinent agency policies.

4. To adequately explain the necessary information within the extensive administrative record and legal framework and to ensure that counsel can adequately represent their clients' interests by meaningfully addressing the claims in this case, more space is required than a standard summary judgment brief using the default page limit.

Accordingly, increasing Plaintiffs' Motion for Summary Judgment to a forty-page limit is appropriate and reasonable under these circumstances. The expansion will substantially improve the Court's understanding of the procedural and factual posture of the Greenlink West Transmission Project, as well as its relationship to the Parties' claims and

---

[1] Federal Defendants note that Plaintiffs initially approached them regarding a page-limit expansion. While Federal Defendants do not concede that the issues presented in this case are uniquely complex, the case involves a lengthy and multi-agency decision-making process. Federal Defendants anticipated that if Plaintiffs' originally proposed motion were to be granted, a commensurate expansion would eventually be needed for Federal Defendants and Intervenor-Defendants to appropriately cross-move. Accordingly, a joint motion by all Parties is provided as a matter of efficiency and judicial economy.

defenses. Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment will each also receive an expansion to forty pages to match the length of Plaintiffs' expanded Motion. Further discussion of the Parties' respective needs for a page expansion is contained in the attached declarations.

Thus, for good cause shown in this motion and the declarations submitted in support of this motion, the Parties respectfully request that the Court grant this joint motion.

IT IS SO ORDERED:

______________________________

UNITED STATES DISTRICT JUDGE

DATED: __________________

Respectfully submitted this eighth day of July,

*/s/ Elizabeth L. Lewis*
Elizabeth L. Lewis

Elizabeth L. Lewis
DC Bar No. 229702
lizzie@eubankslegal.com
Riley C. Varner
CO Bar No. 60640
riley@eubankslegal.com

EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060

*Counsel for Plaintiffs Friends of Nevada Wilderness and Basin and Range Watch*

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

**/s/ *Alexa Penalosa***

Mark Widerschein
Alexa Penalosa
Natural Resources Section
Alison Finnegan
Wildlife & Marine Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Mark.Widerschein@usdoj.gov
Alexa.Penalosa@usdoj.gov
Alison.C.Finnegan@usdoj.gov

*Counsel for Defendants*

***/s/ Deborah Bone***

Deborah Bone
Nevada Bar # 15688
CLARK HILL PLC
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
Tel: (702) 202-1937
dbone@clarkhill.com

Barry Hyman (admitted pro hac)
Ann MacDonald (admitted pro hac)
Kaitlin Klamann (admitted pro hac)
ARENTFOX SCHIFF, LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel: (312) 258-5721
Tel: (312) 258-5548
Tel: (312) 258-5525
Barry.Hyman@afslaw.com
Ann.MacDonald@afslaw.com
Kaitlin.Klamann@afslaw.com

*Counsel for Intervenor-Defendants Sierra Pacific Power Company and Nevada Power Company each d/b/a NV Energy*

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made through the Court's electronic filing and notice system (CM/ECF).

Dated: July 8, 2026 /s/ *Elizabeth L. Lewis*