Riley C. Varner (CO Bar No. 60640)
riley@eubankslegal.com
Elizabeth L. Lewis (DC Bar No. 229702)
lizzie@eubankslegal.com
EUBANKS & ASSOCIATES, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060

*Counsel for Plaintiffs Friends of Nevada Wilderness and Basin and Range Watch*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIENDS OF NEVADA WILDERNESS, *et al.*,<br>Plaintiffs,<br>v.<br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br>Defendants,<br>SIERRA PACIFIC POWER COMPANY AND NEVADA POWER COMPANY, EACH D/B/A NV ENERGY,<br>Intervenor-Defendants. | Case No. 2:25-cv-00929-CDS-MDC<br>**Order Granting PLAINTIFFS' UNOPPOSED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES (FIRST REQUEST)**<br>[ECF No. 53] |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR 26-3, Plaintiffs Friends of Nevada Wilderness and Basin and Range Watch respectfully request a modest, fourteen-day extension (to August 11, 2026) of time in which to file Plaintiffs' motion for summary judgment. Plaintiffs conferred with counsel for Federal Defendants and Defendant-Intervenor NV Energy, who do not oppose this relief, so long as the deadlines for their cross-motions and replies are similarly extended as explained below. Good cause exists for granting this motion:

1. The Court entered the current scheduling order on January 6, 2026. *See* ECF No. 42. Under the current scheduling order, Plaintiffs must file their motion for summary judgment on July 28, 2026. *See id.* at 3.

2. Although lead counsel anticipated working on Plaintiffs' motion for summary judgment over the last several weeks, unforeseen professional demands, compounded by a serious injury, have arisen since the Court entered its scheduling order. Specifically, lead counsel has been committed to unforeseen, time-consuming emergency preliminary injunction proceedings involving time-sensitive deadlines that could not be extended in light of the nature of the activities being challenged. Additionally, during that time, lead counsel suffered a debilitating knee injury, which required time-consuming medical care that made it difficult for counsel to work during that time frame. Lead counsel is now healthy and intends to continue preparing Plaintiffs' brief. However, given the number and complexity of the claims involved—Plaintiffs' Complaint raised claims across three separate statutes—combined with the requisite time needed to confer with two separate Plaintiff organizations and local counsel on legal strategy before filing the brief, there is not sufficient time before the current deadline to adequately present Plaintiffs' positions in their brief. These reasons constitute good cause for an extension.

3. Accordingly, Plaintiffs respectfully request a fourteen-day extension to file their motion for summary judgment. Plaintiffs conferred with Federal Defendants and Defendant-Intervenor, who do not oppose the requested relief provided that the remaining deadlines in the case are similarly extended. Plaintiffs also conferred with counsel for Federal Defendants and Defendant-Intervenor to develop the following schedule that accommodates parties' counsels' personal and professional obligations:

- Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before August 11, 2026.
- Federal Defendants and Intervenor-Defendant shall each file their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment on or before October 9, 2026.

- Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and Opposition to Federal Defendants' Cross-Motion for Summary Judgment and Intervenor-Defendant's Cross-Motion for Summary Judgment on or before December 4, 2026.
- Federal Defendants and Intervenor-Defendant shall each file their Reply in Support of their Cross-Motion for Summary Judgment on or before January 15, 2027.

For the reasons explained above, good cause exists for a fourteen-day extension to file Plaintiffs' motion for summary judgment no later than August 11, 2026, as well as to extend the remaining deadlines in the case.

IT IS SO ORDERED:

______________________________

UNITED STATES DISTRICT JUDGE

DATED: July 22, 2026

Respectfully submitted this 20th day of July,

*/s/ Riley C. Varner*
Riley C. Varner
CO Bar No. 60640
(804) 461-8479
riley@eubankslegal.com

Elizabeth L. Lewis
D.C. Bar No. 229702
(202) 618-1007
lizzie@eubankslegal.com

Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

*Counsel for Plaintiffs*